# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified, and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check numbers #6380691, #6380692, #6380693, #6380694 and #6380695 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee

1/14/21

# CHAPTER *13* TRUSTEE

## OFFICE OF GLENN B STEARNS
## CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD, SUITE 650
LISLE, IL 60532-4350
PHONE: (630) 981-3888   FAX: (630) 642-5895

January 14, 2021

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds

| Date: | Check # | Amount: |
|-------|---------|---------|
| 01/14/2021 | 6380691 | 39.46 |
| 01/14/2021 | 6380692 | 417.26 |
| 01/14/2021 | 6380693 | 0.39 |
| 01/14/2021 | 6380694 | 119.44 |
| 01/14/2021 | 6380695 | 4,686.99 |
| Total: | | $5,263.54 |

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property and Exhibit A, in the amount of $5,263.54.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the checks.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 6856.

Thank you for your assistance.

Sincerely yours,

Alyssa Ruan
Assistant Controller
For Glenn Stearns, Trustee

Enclosures

www.lisle13.com

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|-------|----------|--------|----------|--------|-------------|
| 1) | 15-14296 | James Hebel | James Hebel<br>7737 Dalewood Pkwy<br>Woodridge, IL 60517 | 0.21 | Check #6378475 not presented within 60 days under $25. |
| 2) | 15-15197 | Robert J Degen<br>Susette D Degen | Robert J Degen<br>Susette D Degen<br>563 Rivers Edge Dr<br>Minooka, IL 60447 | 1.00 | Check #6378457 not presented within 60 days under $25. |
| 3) | 15-18062 | Scott Avery | Scott Avery<br>829 N President<br>Wheaton, IL 60187 | 10.00 | Check #6378477 not presented within 60 days under $25. |
| 4) | 15-22484 | Jacqueline Fields-Smith | Jacqueline Fields-Smith<br>625 S Dilger #307<br>Waukegan, IL 60085 | 0.25 | Check #6378485 not presented within 60 days under $25. |
| 5) | 15-25088 | Elizabeth Cruz | Elizabeth Cruz<br>2800 Edina Blvd<br>Zion, IL 60099 | 2.31 | Check #6378248 not presented within 60 days under $25. |
| 6) | 16-06304 | Nicolas R Saavedra | Nicolas R Saavedra<br>3243 Margaret Dr<br>Montgomery, IL 60538-5017 | 23.46 | Check #6378464 & #6377550 not presented within 60 days. |
| 7) | 17-19430 | Joana Martinez | Joana Martinez<br>606 N Broadway St<br>Joliet, IL 60435 | 2.09 | Check #6377901 not presented within 60 days under $25. |
| 8) | 18-13074 | Julian Latwan Johnson, Sr. | Julian Latwan Johnson, Sr.<br>8308 S Justine Ave #3<br>Chicago, IL 60620 | 0.14 | Check #6378937 not presented within 60 days under $25. |

39.46

CF
1/14/2021

1/13/2021

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 16-16766 | Melissa Franc | Melissa Franc<br>4000 E 134th St Lot 98<br>Chicago, IL 60633 | 0.01 | Check #6378101 not presented within 60 days under $25. |
| 2) | 17-11283 | Laketha Everett | Laketha Everett<br>1704 Aaron Ln<br>Joliet, IL 60431 | 0.10 | Check #6378328 not presented within 60 days under $25. |
| 3) | 18-17379 | Ellen Bonier | Ellen Bonier<br>907 Fawn Ridge Ct<br>Unit B<br>Yorkville, IL 60560 | 8.27 | Check #6378213 not presented within 60 days under $25. |
| 4) | 18-28737 | Robert Lewis Taylor | Robert Lewis Taylor<br>916 40th Avenue<br>Nashville, TN 37209 | 9.21 | Check #6378216 not presented within 60 days under $25. |
| 5) | 20-08962 | James Stricken | James Stricken<br>11520 S La Salle St<br>Chicago, IL 60628 | 399.67 | Check #6375720 & #6378209 not presented within 60 days. |

417.26

Page 1 of 1

1/8/2021

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 15-36455 | Skylia D Gaines | Skylia D Gaines<br>5230 Arquilla Dr<br>Richton Park, IL 60471 | 0.39 | Check #6376214 not presented within 60 days under $25. |
| | | | | 0.39 | |

1/1/11

1/8/2021

Page 1 of 1

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 19-25025 | Nigel G Armstrong | Nigel G Armstrong<br>2317 Hudson Circle #3<br>Aurora, IL 60502 | 119.44 | Check #6376601 & #6375453 not presented within 60 days. |
| | | | | 119.44 | |

Page 1 of 1

1/8/2021

EXHIBIT A  Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 15-18062 | Scott Avery | Attorney James Jensen<br>149 S Lincolnway #200<br>North Aurora, IL 60542 | 0.43 | Check #6378476 not presented within 60 days under $25 |
| 2) | 15-25829 | Tameca Mayze | U-Own<br>PO Box 18022<br>Tampa, FL 33679-8022 | 172.41 | Check #1759905 returned. Unable to locate creditor |
| 3) | 15-33202 | Janette D Smith | Municipal Collection of America, Inc<br>3348 Ridge Rd<br>Lansing, IL 60438 | 212.16 | Funds from check #1754953 returned stating incorrect payee. Unable to locate creditor |
| 4) | 15-40532 | Tomas Vilkauskas | Cach LLC<br>PO Box 5980<br>Denver, CO 80217-5980 | 172.55 | Check #1679671 returned. Unable to locate creditor. |
| 5) | 15-40532 | Tomas Vilkauskas | Cach LLC<br>PO Box 5980<br>Denver, CO 80217-5980 | 536.50 | Check #1679671 returned. Unable to locate creditor. |
| 6) | 16-03410 | Steve L Klimek | Atlantic Credit & Finance Inc<br>PO Box 13386<br>Roanoke, VA 24033-3386 | 2,190.82 | Check #1740591 returned stating bad address. Unable to locate creditor. |
| 7) | 17-23828 | Krista Ann Greco | US Department of Housing & Urban Development<br>% Novad Management Consulting LLC<br>2401 NW 23rd St #1A1<br>Oklahoma City, OK 73107 | 1,271.81 | Check #1692418 returned. Unable to locate creditor. |
| 8) | 17-30312 | Mersiha Mesic | Aryzta LLC<br>14490 Catalina St<br>San Leandro, CA 94577 | 107.29 | Check #1749450 & #1746964 not presented within 60 days. |
| 9) | 17-35058 | Nicholas E Raic<br>Dawnmichel N Raic | Advanced America<br>135 N Church St<br>Spartanburg, SC 29306 | 23.02 | Check #1753617 not presented within 60 days under $25. |

4,686.99